JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS, | CV 24-289 PA (PVCx) |
|     Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SYLMAR PLAZA LLC, | |
|     Defendant. | |

Pursuant to the Court's May 27, 2024 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Luz Zendejas ("Plaintiff") against defendant Sylmar Plaza LLC, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: May 27, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE